**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CREATIVE TECHNOLOGY LTD., *Plaintiff*, v. ZTE CORPORATION and ZTE (USA) INC., *Defendants*. | Civil Action No. 2:16-cv-262-JRG |

## ORDER

Before the Court is an Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659(a) filed by Defendant ZTE (USA) Inc. The Court, having duly considered the Motion (Dkt. No. 12), finds that it should be and is hereby **GRANTED**.

On May 5, 2016, the ITC instituted an Investigation, *Certain Portable Electronic Devices and Components Thereof*, Inv. No. 337-TA-994, regarding Plaintiff and Creative Labs, Inc.'s Complaint, which alleges infringement of the same patent at issue in this case: United States Patent No. 6,928,433.

This case shall be **STAYED** until further order of the Court, and at least until the determination of the ITC becomes final. *See* 28 U.S.C. § 1659(a). The Parties are **ORDERED** to file a joint status report within ten (10) days after the ITC issues its final determination, at which point the Court will reconsider whether this case should remain stayed. Counsel shall also deliver a courtesy copy of such report to the Court's chambers at the Sam B. Hall, Jr. Federal Building and United States Courthouse, 100 E. Houston St., Marshall, TX 75670.

**So ORDERED and SIGNED this 25th day of May, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE